# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ADVANTAGE HOLDCO, INC., et al.[1], | : | Case No. 20-11259 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| CBIZ Accounting, Tax and Advisory of New York, LLC, Trustee of the Advantage Rent A Car Unsecured Creditor Trust Liquidating Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 22-50363 (CTG) |
| | : | |
| Colby Auto Investments, Inc., | : | |
| | : | |
| Defendant. | : | |

## AMENDED SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:  824 Market Street, 3rd Floor
Wilmington, DE 19801

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Advantage Holdco, Inc. (4832); Advantage Opco, LLC (9101); Advantage Vehicles LLC (6217); E-Z Rent A Car, LLC (2538); Central Florida Paint & Body, LLC (1183); Advantage Vehicle Financing LLC (7263); and RAC Vehicle Financing, LLC (8375).

13722076.v1

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**MORRIS JAMES LLP**
Eric J. Monzo, Esquire
Sarah M. Ennis. Esquire
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
E-mail: emonzo@morrisjames.com
E-mail: sennis@morrisjames.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:   United States Bankruptcy Court
for the District of Delaware
824 Market Street
3rd Floor, Courtroom No. 7
Wilmington, Delaware 19801

Date and Time: **September 7, 2022 at 1:00 p.m.**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**
Dated: July 29, 2022

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*