# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ADVANTAGE HOLDCO, INC., et al.[2], | : | Case No. 20-11259 (CTG) |
| Debtors. | : | (Jointly Administered) |
| | : | |
| CBIZ Accounting, Tax and Advisory of New York, LLC, Trustee of the Advantage Rent A Car Unsecured Creditor Trust Liquidating Trust, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 22-50363 (CTG) |
| Colby Auto Investments, Inc., | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2022, I caused to be served a true and correct copy of the *Amended Summons and Notice of Pretrial Conference* upon the parties that are registered to receive notice via U.S. First Class Mail, postage prepaid, on the party listed below.

Colby Auto Investments, Inc.
2126 W Deer Valley Rd.
Phoenix, AZ 85027

Colby Auto Investments, Inc.
c/o Registered Agent: Darren A Colby
2126 W Deer Valley Rd.
Phoenix, AZ 85027

Dated: July 29, 2022

*/s/ Sarah M. Ennis*
Sarah M. Ennis (DE Bar No. 5745)

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Advantage Holdco, Inc. (4832); Advantage Opco, LLC (9101); Advantage Vehicles LLC (6217); E-Z Rent A Car, LLC (2538); Central Florida Paint & Body, LLC (1183); Advantage Vehicle Financing LLC (7263); and RAC Vehicle Financing, LLC (8375).

13722076.v1