# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ADVANTAGE HOLDCO, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11259 (CTG)<br>(Jointly Administered) |
| CBIZ Accounting, Tax and Advisory of New York, LLC, Trustee of the Advantage Rent A Car Unsecured Creditor Trust Liquidating Trust,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON EXHIBIT A,<br><br>　　　　Defendant(s). | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 7, 2022 AT 1:00 P.M. (ET)

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

## MATTERS WITH CERTIFICATION OF COUNSEL (COC):

1. Corrected First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed August 3, 2022; Docket No. 1199].

   Objection Deadline:   August 31, 2022 at 4:00 p.m.; extended for Celestino Acevedo to September 9, 2022.

   Responses/Objections Received:

   　　A.  Informal comments received from Celestino Acevedo (Claim No. 10296).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Advantage Holdco, Inc. (4832); Advantage Opco, LLC (9101); Advantage Vehicles LLC (6217); E-Z Rent A Car, LLC (2538); Central Florida Paint & Body, LLC (1183); Advantage Vehicle Financing LLC (7263); and RAC Vehicle Financing, LLC (8375). The Debtors' address is PO Box 2818, Windermere, FL, 34786.

13752698.v2

B. Informal comments received from DKI Auto Detail & Supply (Claim No. 10292).

C. Response to First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed August 30, 2022; [Docket No. 1204](Docket No. 1204)].

Related Documents:

A. First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed July 29, 2022; [Docket No. 1194](Docket No. 1194)].

B. Notice of First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed July 29, 2022; [Docket No. 1195](Docket No. 1195)].

C. Certification of Counsel Regarding Revised Proposed Order Granting, in Part, Corrected First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed September 1, 2022; [Docket No. 1207](Docket No. 1207)].

D. Order Granting, in Part, Corrected First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed September 2, 2022; [Docket No. 1208](Docket No. 1208)].

Status: The DIP Lender has agreed with Celestino Acevedo (Claim No. 10296) to extend the claimant's response deadline and to continue the hearing to October 3, 2022 at 1:00 p.m. In addition, the DIP Lender has withdrawn its objection to as to Claim No. 10292 filed by DKI Auto Detail & Supply without prejudice to any substantive objections. A revised form of order has been submitted under certification for the two remaining claims as to which no formal or informal responses have been filed or received to the Objection. The revised order on the DIP lender's first omnibus objection has been entered and therefore no hearing is necessary.

**ADVERSARY MATTERS:**

2. Initial Pretrial Conferences scheduled for September 7, 2022 at 1:00 p.m. Attached hereto as "Exhibit A" is a chart that indicates the status of each adversary proceeding for which the Pretrial Conference was scheduled for September 7, 2022 at 1:00 p.m. but is now being continued with consent.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 2, 2022  
    Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Jason S. Levin (DE Bar No. 6434)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: jlevin@morrisjames.com
E-mail: sennis@morrisjames.com

-and-

Elizabeth A. Green (admitted *pro hac vice*)
Andrew V. Layden (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407 841-0168
E-mail: egreen@bakerlaw.com
E-mail: alayden@bakerlaw.com

*Counsel to CBIZ Accounting, Tax and Advisory of New York, LLC, as the Liquidating Trustee*