# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ADVANTAGE HOLDCO, INC., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 20-11259 (CTG)<br>(Jointly Administered) |
| CBIZ Accounting, Tax and Advisory of New York, LLC, Trustee of the Advantage Rent A Car Unsecured Creditor Trust Liquidating Trust,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON EXHIBIT A,<br><br>　　　　Defendant(s). | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON OCTOBER 3, 2022 AT 1:00 P.M. (ET)

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

**ADJOURNED MATTERS:**

1. Corrected First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed August 3, 2022; Docket No. 1199].

   Objection Deadline:   August 31, 2022 at 4:00 p.m.; extended for Celestino Acevedo to September 9, 2022.

   Responses/Objections Received:

   　A.  Informal comments received from Celestino Acevedo (Claim No. 10296).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Advantage Holdco, Inc. (4832); Advantage Opco, LLC (9101); Advantage Vehicles LLC (6217); E-Z Rent A Car, LLC (2538); Central Florida Paint & Body, LLC (1183); Advantage Vehicle Financing LLC (7263); and RAC Vehicle Financing, LLC (8375). The Debtors' address is PO Box 2818, Windermere, FL, 34786.

    B. Informal comments received from DKI Auto Detail & Supply (Claim No. 10292).

    C. Response to First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed August 30, 2022; Docket No. 1204].

    D. Response of Celestino Acevedo, Jr. to Corrected First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed September 9, 2022; Docket No. 1211].

Related Documents:

    A. First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed July 29, 2022; Docket No. 1194].

    B. Notice of First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed July 29, 2022; Docket No. 1195].

    C. Certification of Counsel Regarding Revised Proposed Order Granting, in Part, Corrected First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed September 1, 2022; Docket No. 1207].

    D. Order Granting, in Part, Corrected First Omnibus Objection of DIP Lender to Disallow and Expunge Late Filed Claims (Non-Substantive Objection) [Filed September 2, 2022; Docket No. 1208].

Status:  An order, granting in part, on the DIP lender's first omnibus objection has been entered.  This matter as to Celestino Acevedo (Claim No. 10296) is adjourned to the next omnibus hearing on November 1, 2022 at 10:00 a.m.

**ADVERSARY MATTERS:**

2. Initial Pretrial Conferences scheduled for October 3, 2022 at 1:00 p.m.  Attached hereto as "Exhibit A" is a chart that indicates the status of each adversary proceeding for which the Pretrial Conference was scheduled for October 3, 2022 at 1:00 p.m. but is now being continued with consent.

<table>
<tr><td>

Dated: September 29, 2022<br>
Wilmington, Delaware

</td><td>

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Jason S. Levin (DE Bar No. 6434)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: jlevin@morrisjames.com
E-mail: sennis@morrisjames.com

-and-

Elizabeth A. Green (admitted *pro hac vice*)
Andrew V. Layden (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407 841-0168
E-mail: egreen@bakerlaw.com
E-mail: alayden@bakerlaw.com

*Counsel to CBIZ Accounting, Tax and Advisory of New York, LLC, as the Liquidating Trustee*

</td></tr>
</table>

13808096.v1