**EXHIBIT A**
**CONTINUED MATTERS**

|    | Adv. No. | Defendant Name | New Pretrial Date | Status |
|----|----------|----------------|-------------------|--------|
| 1. | 22-50357 | Verizon Communications Inc. | December 14, 2022 at 10:00 a.m. | Answer deadline extended to October 28, 2022. |
| 2. | 22-50359 | FedEx Corporate Services Inc. | December 14, 2022 at 10:00 a.m. | Adjourned with consent of Defendant. |
| 3. | 22-50361 | Fast Way Auto Service LLC | December 14, 2022 at 10:00 a.m. | Adjourned with consent of Defendant. |
| 4. | 22-50362 | Sakaem Logistics, LLC | December 14, 2022 at 10:00 a.m. | Answer deadline extended to November 14, 2022. |
| 5. | 22-50363 | Colby Auto Investments, Inc. | December 14, 2022 at 10:00 a.m. | Adjourned with consent of Defendant. |
| 6. | 22-50365 | Netwolves Network Services LLC | December 14, 2022 at 10:00 a.m. | Answer filed on October 24, 2022. |
| 7. | 22-50367 | Rate-Highway Inc. | December 14, 2022 at 10:00 a.m. | Answer deadline extended to October 26, 2022. |
| 8. | 22-50368 | Securitas Security Services USA, Inc. | December 14, 2022 at 10:00 a.m. | Answer deadline extended to November 11, 2022. |

13865335.v1