# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ADVANTAGE HOLDCO, INC., et al.[1], | : | Case No. 20-11259 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| CBIZ Accounting, Tax and Advisory of New York, LLC, Trustee of the Advantage Rent A Car Unsecured Creditor Trust Liquidating Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 22-50363 (CTG) |
| | : | |
| Colby Auto Investments, Inc., | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE:

Plaintiff has requested that a default be entered against the above-named defendant in the above captioned action (the "Defendant"). Upon entry of the default, the above-named plaintiff requests entry of a default judgment against the Defendant pursuant to Fed. R. Civ. P. 55(b)(1), made applicable by Fed. R. Bankr. P. 7055, in the following sum-certain amount based on the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Advantage Holdco, Inc. (4832); Advantage Opco, LLC (9101); Advantage Vehicles LLC (6217); E-Z Rent A Car, LLC (2538); Central Florida Paint & Body, LLC (1183); Advantage Vehicle Financing LLC (7263); and RAC Vehicle Financing, LLC (8375).

13913315/1

Complaint and the Declaration of Sarah M. Ennis In Support of Plaintiff's Request for Default, attached to Plaintiff's Request for Entry of Default as **Exhibit A**, and filed concurrently herewith.

|  |  |
|---|---|
| Principal: | $56,328.00 |
| Filing Fees | $350.00 |
| Total: | $56,678.00 |

Dated: December 8, 2022
Wilmington, Delaware                    **MORRIS JAMES LLP**

*/s/ Sarah M. Ennis*
Eric J. Monzo (DE Bar No. 5214)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: sennis@morrisjames.com

*Counsel to CBIZ Accounting, Tax and Advisory of New York, LLC, Trustee of the Advantage Rent A Car Unsecured Creditor Trust Liquidating Trust*