**EXHIBIT A**

13913315/1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ADVANTAGE HOLDCO, INC., et al., | : | Case No. 20-11259 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| CBIZ Accounting, Tax and Advisory of New York, LLC, Trustee of the Advantage Rent A Car Unsecured Creditor Trust Liquidating Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 22-50363 (CTG) |
| | : | |
| Colby Auto Investments, Inc., | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT

Default was entered against Defendant, Colby Auto Investments, Inc. on _____. The Plaintiff has requested entry of judgment by default and has filed a declaration of the amount due and stating that this Defendant is a business entity and therefore not an individual in the military service. Furthermore, it appears from the record that this Defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this Defendant in favor of the Plaintiff as follows:

| | |
|---|---|
| Principal: | $56,328.00 |
| Filing Fees | $350.00 |
| Total: | $56,678.00 |

_____                                              _____
Date                                                                                    *Clerk of the Bankruptcy Court*

13913315/1