# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Advantage Holdco, Inc.
    Debtor

Bankruptcy Case No.: 20–11259–CTG

Bankruptcy Chapter: 11

_____

CBIZ Accounting, Tax and Advisory of New York, LLC

    Plaintiff

Adv. Proc. No.: 22–50363–CTG

    vs.

Colby Auto Investments, Inc.

    Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Colby Auto Investments, Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Una O'Boyle, Clerk of Court

Date: 12/12/22

By: Nolley M. Rainey, Deputy Clerk

(VAN–431)