# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 12/12/2022 |
| Case: 22−50363−CTG | Form ID: van431 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty    Eric J. Monzo    emonzo@morrisjames.com
aty    Sarah M Ennis    sennis@morrisjames.com

                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft    Colby Auto Investments, Inc.    2126 W Deer Valley Rd.    Phoenix, AZ 85027
ust    U.S. Trustee    Office of the United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801
ust    U.S. Trustee    Office of United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19899−0035

                                                      TOTAL: 3