# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Advantage Holdco, Inc.<br>    Debtor | Bankruptcy Case No.: 20–11259–CTG<br><br>Bankruptcy Chapter:  11 |
| CBIZ Accounting, Tax and Advisory of New York, LLC<br><br>    Plaintiff<br><br>    vs.<br><br>Colby Auto Investments, Inc.<br><br>    Defendant(s) | <br><br><br>Adv. Proc. No.:  22–50363–CTG |

**JUDGMENT BY DEFAULT**

On 12/12/22, default was entered against defendant(s) Colby Auto Investments, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Colby Auto Investments, Inc. in the amount of $$56,328.00 plus court filing costs in the amount of $350.00.

Date: 12/14/22

Una O'Boyle, Clerk of Court

(VAN–433b)