# Notice Recipients

District/Off: 0311−1          User: admin              Date Created: 12/14/2022
Case: 22−50363−CTG           Form ID: van433b         Total: 4

**Recipients of Notice of Electronic Filing:**
aty      Eric J. Monzo          emonzo@morrisjames.com
aty      Sarah M Ennis          sennis@morrisjames.com

                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust      U.S. Trustee       Office of the United States Trustee       J. Caleb Boggs Federal Building       844 King Street,
         Suite 2207        Lockbox 35        Wilmington, DE 19801
ust      U.S. Trustee       Office of United States Trustee       J. Caleb Boggs Federal Building       844 King Street, Suite
         2207        Lockbox 35        Wilmington, DE 19899−0035

                                                                    TOTAL: 2