# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Advantage Holdco, Inc.  
    Debtor  
_____

Bankruptcy Case No.: 20−11259−CTG

Bankruptcy Chapter: 11

CBIZ Accounting, Tax and Advisory of New York, LLC

    Plaintiff

Adv. Proc. No.: 22−50363−CTG

    vs.

Colby Auto Investments, Inc.

    Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Colby Auto Investments, Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____  
Una O'Boyle, Clerk of Court

Date: 12/12/22

By: Nolley M. Rainey, Deputy Clerk

(VAN−431)

United States Bankruptcy Court
District of Delaware

CBIZ Accounting, Tax and Advisory of New,
    Plaintiff
Colby Auto Investments, Inc.,
    Defendant

Adv. Proc. No. 22-50363-CTG

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 2
Date Rcvd: Dec 12, 2022      Form ID: van431      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Colby Auto Investments, Inc., 2126 W Deer Valley Rd., Phoenix, AZ 85027-2059 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 12 2022 20:20:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 12 2022 20:20:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric J. Monzo | |

District/off: 0311-1          User: admin          Page 2 of 2

Date Rcvd: Dec 12, 2022          Form ID: van431          Total Noticed: 3

on behalf of Plaintiff CBIZ Accounting Tax and Advisory of New York, LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Sarah M Ennis

on behalf of Plaintiff CBIZ Accounting Tax and Advisory of New York, LLC sennis@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

TOTAL: 2