# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Advantage Holdco, Inc.  
    Debtor  
_____

Bankruptcy Case No.: 20−11259−CTG

Bankruptcy Chapter: 11

CBIZ Accounting, Tax and Advisory of New York, LLC

    Plaintiff

Adv. Proc. No.: 22−50363−CTG

    vs.

Colby Auto Investments, Inc.

    Defendant(s)

## JUDGMENT BY DEFAULT

On 12/12/22, default was entered against defendant(s) Colby Auto Investments, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Colby Auto Investments, Inc. in the amount of $$56,328.00 plus court filing costs in the amount of $350.00.

Date: 12/14/22

_Una O'Boyle_

Una O'Boyle, Clerk of Court

(VAN−433b)

United States Bankruptcy Court
District of Delaware

CBIZ Accounting, Tax and Advisory of New,
    Plaintiff
Colby Auto Investments, Inc.,
    Defendant

Adv. Proc. No. 22-50363-CTG

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 2
Date Rcvd: Dec 14, 2022      Form ID: van433b      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 14 2022 20:20:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 14 2022 20:20:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

**Name**      **Email Address**

Eric J. Monzo
     on behalf of Plaintiff CBIZ Accounting Tax and Advisory of New York, LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Sarah M Ennis

District/off: 0311-1       User: admin       Page 2 of 2
Date Rcvd: Dec 14, 2022    Form ID: van433b  Total Noticed: 2

on behalf of Plaintiff CBIZ Accounting  Tax and Advisory of New York, LLC sennis@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

TOTAL: 2